LAW OFFICES OF BROWN AND SEELYE

744 S Fawcett Ave, Tacoma, WA 98402

253-573-1958    stopdebt@gmail.com

Case Name:   Clairease LeeAnn Fontaine

Case No.: 18-40906-BDL

TIMESHEET:  LEGAL COSTS AND FEES

ATTORNEY ELLEN ANN BROWN: EAB (20+ years experience $375/ hour)
ATTORNEY SUSAN H. SEELYE: SHS  (20+ years experience= $375/hour)
PARALEGAL STACEY COSTATNI: SC  ( 20+ years experience=$150/hour)

| Date | Description | Initials | Postage | Copies | Attorney | Paralegal |
|---|---|---|---|---|---|---|
| 2/1/18 | Meeting with client; review options and financial review | EAB | | | 1.0 | 0.00 |
| 2/14/18 | Phone call from/to client to answer questions | EAB | | | .20 | 0.0 |
| 3/2/18 | Phone call with client re: Fiat | EAB | | | .10 | 0.0 |
| 3/10/18 | Meeting with client; review documents do questionnaire | EAB | | | 1.5 | 0.00 |
| 3/11/18 | Prepare Statements and Schedules and Plan | EAB | | | 2.5 | 0.00 |
| 3/16/18 | Meeting with client to review and sign documents | SHS | | | 1.5 | 0.00 |
| 3/16/18 | File documents; letter to client re: 4002 docs | SC | | | 0.0 | .20 |
| 3/27/18 | Review Americas Credit Union claim | EAB | | | .10 | 0.00 |
| 4/4/18 | Review all statements for 4002 docs | EAB | | | .10 | 0.0 |
| 4/13/18 | Review Twinstar CU claim | EAB | | | .10 | 0.00 |
| 4/16/18 | Review question sheet from Trustee; call to client | EAB | | | .50 | 0.00 |
| 4/17/18 | Prepare and file Amendments to A/B, C, I/J, Plan | EAB | | | 1.0 | 0.00 |
| 4/19/18 | Attend court with client | EAB | | | 1.0 | 0.00 |
| 4/24/18 | Review new wage directive from Trustee | SC | | | 0.0 | .10 |
| 4/24/18 | Prepare and file Proof of Service of Amended Plan | EAB | 21.15 | 9.0 | .10 | 0.0 |
| 5/3/18 | Email/call to client re: payment increase | EAB | | | .20 | 0.0 |
| 5/9/18 | Review Portfolio Recovery claim | EAB | | | .10 | 0.0 |
| 5/22/18 | Review Order Confirming Plan docket #18 | EAB | | | .10 | 0.0 |
| | | | | | 10.1 | 0.3 |

Attorney: 10.1 * $375 per hour=    $3787.50
Paralegal: .30 * $150 per hour =    $   45.00
Postage and Copies=                 $   30.15

**TOTAL**                    **$3862.65**