Entered on Docket July 20, 2018

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 18-40906-BDL |
|---|---|
| CLAIREASE LEEANN FONTAINE | |
| Debtor(s). | ORDER APPROVING ATTORNEY'S COMPENSATION |

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by __ELLEN ANN BROWN__ ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $___3862.65_____ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

/ / /End of Order/ / /

Presented by:

/s/ Ellen Ann Brown WSB 27992
_____
Attorney for Debtor(s), WSBA #
744 S Fawcett Tacoma WA 98402

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14