| | |
|---|---|
| Michael F. Sherman<br>SIDERIUS, LONERGAN & MARTIN, LLP<br>500 Union Street, Suite 847<br>Seattle, WA 98101<br>(206)624-2800 | Hon. Brian D. Lynch<br>Chapter 13<br>Hearing date: Thu. 9/13/18<br>at 1:30 p.m.<br>Response Date: 9/6/18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>CLAIREASE LEANN FONTAINE,<br><br>Debtor. | NO. 18-40906-BDL<br><br>MOTION OF SECURED CREDITOR AMERICA'S CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY |

COMES NOW America's Credit Union by and through its attorneys, Siderius, Lonergan & Martin, LLP, and moves the court for relief from the automatic stay provisions of 11 USC § 362. Said secured creditor holds a perfected security in a 2017 Ford F-150 automobile. Secured creditor America's Credit Union requests relief from the stay to allow repossession of said vehicle. Secured party also requests waiver of the provisions of BR 4001 (a)(3) so that it may forthwith commence or continue repossession through appropriate legal channels. The factual basis for this motion is set forth in the declaration submitted herewith.

DATED this 14th day of August, 2018.

                                        /s/ Michael F. Sherman
                                        Michael F. Sherman, of
                                        SIDERIUS, LONERGAN & MARTIN, LLP
                                        Attorneys for America's Credit Union
                                        WSBA #45485

MOTION FOR RELIEF FROM STAY - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805