Entered on Docket October 3, 2018

**Below is the Order of the Court.**



_____
Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

CLAIREASE LEEANN FONTAINE,

Debtor.

NO. 18-40906-BDL

AGREED ORDER CONDITIONING STAY AS TO AMERICA'S CREDIT UNION

THIS MATTER coming before the court on a motion of America's Credit Union for relief from automatic stay. The court having reviewed the files and records and finding that the parties, America's Credit Union through its attorney Michael F. Sherman, and the debtor through its attorney Ellen Ann Brown stipulated agreed to the entry of this order.

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. The debtor shall make timely payments to the trustee in amounts as required by the plan.

2. The debtor shall continue to make timely payments to the trustee such that the trustee will have sufficient funds to continue make disbursements on the plan to secured creditor America's Credit Union in the full amount set forth by the plan.

3. In the event debtor fails to make timely plan payments to the chapter 13 trustee

AGREED ORDER - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

or the plan is not sufficiently funded to allow the trustee to make timely payment to America's Credit Union as required, America's Credit Union shall provide written notice of default to the debtor and debtor's attorney. The debtor will have 10 days from the date the written notice was mailed or delivered to the debtor and debtor's attorney to bring the required payments current, including payments falling due after the date of the notice.

4. In the event debtor fails to cure the default as outlined in the notice within the 10 day notice period, America's Credit Union shall be entitled to submit an order terminating the automatic stay provided in FRBP 4001(a)(3) as to the collateral, supported by a certificate of noncompliance and a copy of the mailed written notice of default.

5. Upon second default of this order, America's Credit Union shall be entitled to submit an ex parte order terminating the automatic stay provided for by FRBP 4001(a)(3) as to the collateral without further notice to the debtor and debtor's attorney; and

6. Terms of this order are binding against all parties in this bankruptcy proceeding, including any trustee, committee, debtor and possessor, and any other party in interest as a result of this conversion of this proceeding under any other chapter of the United States Bankruptcy Code, or as a result of the dismissal and reopening of this bankruptcy proceeding.

///End of Order///

Presented by:

Michael F. Sherman WSBA #45485
SIDERIUS, LONERGAN & MARTIN, LLP
500 Union Street, Suite 847
Seattle, WA 98101

Ellen Ann Brown WSBA #27992
Brown and Seelye PLLC
744 S Fawcett Ave
Tacoma, WA 98402

AGREED ORDER - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805