# Brown and Seelye

744 S Fawcett Ave
Tacoma, WA 98402
stopdebt@gmail.com
www.BrownandSeelye.com
O: 888-873-1958

# INVOICE

| | |
|---|---:|
| Number | 1 |
| Issue Date | 8/5/2019 |
| Due Date | 9/4/2019 |

## Bill To:

Clairease L Fontaine

11508 89th Ave SW
Lakewood, WA
United States 98402

## Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---:|---:|---:|
| Review/analyze<br>2/21/2018<br>Notice of Mortgage Payment Change | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Review Proof of Claim<br>5/23/2018<br>Review Proof of Claim filed by creditor Bank of America | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Review/analyze<br>6/13/2018<br>Review Chapter 13 Annual Activity Report | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Communicate (with client)<br>7/20/2018<br>Email from client and review of new paystub and current expenses | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>8/14/2018<br>Review Motion for Relief from Stay and call to client | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review/analyze<br>8/16/2018<br>Letter from Trustee re: delinquency: call to client | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>8/18/2018<br>New paystub; draft I/J schedules | Ellen Brown | $375.00 | 0.20 | $75.00 |
| File<br>8/18/2018<br>Amended I/J, Modified Plan | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Communicate (other external)<br>8/21/2018<br>Email from/to Trustee re: 2016 Ford as a 910 claim; modify Plan | Ellen Brown | $375.00 | 0.50 | $187.50 |
| File<br>8/22/2018<br>Response to Motion for Relief from Stay and Set Intent to argue | Ellen Brown | $375.00 | 1.00 | $375.00 |
| File<br>8/23/2018<br>Motion to Modify Plan; Motion to Shorten time | Ellen Brown | $375.00 | 1.00 | $375.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (other external)<br>8/23/2018<br>Email to client outlining all issues to be argued in court; call from client | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review Proof of Claim<br>8/30/2018<br>Review Proof of Claim filed by creditor Verity Credit Union | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Communicate (other external)<br>9/27/2018<br>Negotiated agreed order on relief from stay with 10 days notice for default and no notice for second and ex parte relief | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review/analyze<br>1/9/2019<br>Review updated paystubs; call to client | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>4/10/2019<br>Review of updated paystubs | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>4/12/2019<br>Review annual tax return; upload to 13documents.com | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Communicate (other external)<br>4/30/2019<br>Email from client re: K&M; call to K&M and copy of bankruptcy information mailed to them | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Email<br>5/4/2019<br>Email from/to client re: credit Karma | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Email<br>6/28/2019<br>Email to Trustee re: payoff | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Time Entries Total** | | | **7.10** | **$2,662.50** |

| | |
|---|---|
| Subtotal | $2,662.50 |
| Discount (50.00%) | $1,331.25 |
| Total (USD) | $1,331.25 |
| Paid | $0.00 |
| Balance | $1,331.25 |

Voluntary discount of fees to ensure feasibility.