# Brown and Seelye

# INVOICE

744 S Fawcett Ave
Tacoma, WA 98402
stopdebt@gmail.com
www.BrownandSeelye.com
O: 888-873-1958

| Issue Date | 8/5/2019 |

## Bill To:

Fontaine, Clairease L

11508 89th Ave SW
Lakewood, WA
United States 98402

## Flat Fees

| Flat Fees | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Discount | | $1,293.75 | -1.00 | $-1,293.75 |
| | **Flat Fees Total:** | **-1.00** | **$-1,293.75** | |

## Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Review Proof of Claim<br>5/23/2018<br>Review Proof of Claim filed by creditor Bank of America | Ellen Brown | $375.00 | 0.10 | $37.50 |
| Review/analyze<br>6/13/2018<br>Review Chapter 13 Annual Activity Report | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Communicate (with client)<br>7/20/2018<br>Email from client and review of new paystub and current expenses | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>8/14/2018<br>Review Motion for Relief from Stay and call to client | Ellen Brown | $375.00 | 0.50 | $187.50 |
| Review/analyze<br>8/16/2018<br>Letter from Trustee re: delinquency: call to client | Ellen Brown | $375.00 | 0.20 | $75.00 |
| Review/analyze<br>8/18/2018<br>New paystub; draft I/J schedules | Ellen Brown | $375.00 | 0.20 | $75.00 |
| File<br>8/18/2018<br>Amended I/J, Modified Plan | Ellen Brown | $375.00 | 1.00 | $375.00 |
| Communicate (other external)<br>8/21/2018<br>Email from/to Trustee re: 2016 Ford as a 910 claim; modify Plan | Ellen Brown | $375.00 | 0.50 | $187.50 |
| File<br>8/22/2018<br>Response to Motion for Relief from Stay and Set Intent to argue | Ellen Brown | $375.00 | 1.00 | $375.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **File**<br>8/23/2018<br>Motion to Modify Plan; Motion to Shorten time | Ellen Brown | $375.00 | 1.00 | $375.00 |
| **Communicate (other external)**<br>8/23/2018<br>Email to client outlining all issues to be argued in court; call from client | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Review Proof of Claim**<br>8/30/2018<br>Review Proof of Claim filed by creditor Verity Credit Union | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Communicate (other external)**<br>9/27/2018<br>Negotiated agreed order on relief from stay with 10 days notice for default and no notice for second and ex parte relief | Ellen Brown | $375.00 | 0.50 | $187.50 |
| **Review/analyze**<br>1/9/2019<br>Review updated paystubs; call to client | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Review/analyze**<br>4/10/2019<br>Review of updated paystubs | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Review/analyze**<br>4/12/2019<br>Review annual tax return; upload to 13documents.com | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Communicate (other external)**<br>4/30/2019<br>Email from client re: K&M; call to K&M and copy of bankruptcy information mailed to them | Ellen Brown | $375.00 | 0.20 | $75.00 |
| **Email**<br>5/4/2019<br>Email from/to client re: credit Karma | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Email**<br>6/28/2019<br>Email to Trustee re: payoff | Ellen Brown | $375.00 | 0.10 | $37.50 |
| **Time Entries Total** | | | **7.00** | **$2,625.00** |

| | |
|---|---|
| Total (USD) | $1,331.25 |
| Paid | $0.00 |
| Balance | $1,331.25 |

Voluntary discount of fees to ensure feasibility.